**Mauricio E. VILLALOBOS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 13–1785.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 6, 2013.

Filed: Nov. 8, 2013.

---

700

Mauricio E. Villalobos, pro se.

Sara Bergene, Karen Yolanda Drummond, Richard M. Evans, Assistant Director, Gladys Marta Steffens Guzman, U.S. Department of Justice, Washington, DC, for Respondent.

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Mauricio Villalobos, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (BIA), affirming an immigration judge's decision denying him withholding of removal. After careful review, we find no basis for granting the petition, as the BIA's denial of relief was supported by substantial evidence on the record as a whole. *See Wijono v. Gonzales,* 439 F.3d 868, 872 (8th Cir.2006) (substantial-evidence standard for denial of withholding of removal). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.